# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHANIA PEREZ, an individual
Plaintiff,

v.

7-ELEVEN, INC., dba 7-ELEVEN, a Texas corporation; ENDIK DOE, an individual; EDGAR DOE, an individual; and DOES 1 through 100, inclusive,
Defendants.

Case No.: 8:25-cv-00184-JDE

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

**[JS-6]**

Plaintiff Stephania Perez having accepted Defendant 7-Eleven, Inc.'s Offer of Judgment under Federal Rule of Civil Procedure 68, and good cause appearing therefor, judgment is hereby entered in favor of Plaintiff Stephania Perez and against Defendant 7-Eleven, Inc. in the amount of Seventy Thousand Dollars ($70,000.00), inclusive of all costs, attorneys' fees, and otherwise recoverable compensation attributed to the prosecution of Plaintiff's claims to the date of the Offer of Judgment.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 22, 2026

JOHN D. EARLY
United States Magistrate Judge